No. 92–1728. TAYLOR ET AL. *v.* LIBERTY NATIONAL LIFE INSURANCE CO. ET AL. C. A. 11th Cir. Certiorari denied. ██

No. 92–1731. JOHNSON ET AL. *v.* LOS ANGELES COMMUNITY COLLEGE DISTRICT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–1732. MAYLE *v.* CALIFORNIA STATE LOTTERY COMMISSION ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 92–1733. JACKSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JACKSON, ET AL. *v.* ZAPATA HAYNIE CORP. C. A. 5th Cir. Certiorari denied. 

No. 92–1736. MOSS *v.* PARKS CORP. C. A. 4th Cir. Certiorari denied. 

No. 92–1737. FREY *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. 

No. 92–1739. NORMAN ET AL. *v.* REED ET AL. Sup. Ct. Ill. Certiorari denied. 

No. 92–1748. ESTATE OF BOHN ET AL. *v.* WADDELL, DIRECTOR, DEPARTMENT OF REVENUE OF ARIZONA, ET AL.; and ABBOTT ET AL. *v.* WADDELL, DIRECTOR, DEPARTMENT OF REVENUE OF ARIZONA, ET AL. Ct. App. Ariz. Certiorari denied. 

No. 92–1749. ICARD, TRUSTEE, ET AL. *v.* SARASOTA-MANATEE AIRPORT AUTHORITY. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. 

No. 92–1753. ROOS *v.* BANCFIRST OF SULPHUR, OKLAHOMA. Ct. App. Okla. Certiorari denied.

No. 92–1769. SALMINEN *v.* FREDIN. Ct. App. Minn. Certiorari denied.

No. 92–1778. GRAHAM *v.* MENGEL, CLERK, SUPREME COURT OF OHIO, AND SECRETARY, OHIO BOARD OF BAR EXAMINERS, ET AL. C. A. 6th Cir. Certiorari denied.